UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 30   PM 2: 48

LORETTA G. WHYTE
CLERK

**FIRST COLONY LIFE INSURANCE
COMPANY**

**VERSUS**                                          CIVIL ACTION NO: 05-6849-A-1

**ALFRED J. KREPPEIN, JR., RYAN BRICE
CRANE AND LAURAL CRANE LUQUETTE**

---

## ANSWER TO COMPLAINT FOR INTERPLEADER

---

Alfred J. Kreppein, Jr., through undersigned counsel, answer the Complaint for Interpleader

filed on behalf of First Colony Life Insurance Company by stating:

1.

The allegations of paragraph 1 are admitted.

2.

The allegations of paragraph 2 are admitted.

3.

The allegations of paragraph 3 are admitted.

4.

The allegations of paragraph 4 are admitted.

5.

The allegations of paragraph 5 are admitted.

6.

The allegations of paragraph 6 are denied for lack of sufficient information to justify a belief

therein.

7.

The allegations of paragraph 7 are denied for lack of sufficient information to justify a belief

therein.

Fee_____
Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No _____

8.

The allegations of paragraph 8 are admitted.

9.

The allegations of paragraph 9 are admitted.

10.

The allegations of paragraph 10 are denied for lack of sufficient information to justify a belief therein.

11.

The allegations of paragraph 11 are denied for lack of sufficient information to justify a belief therein.

12.

The allegations of paragraph 12 are admitted.

13.

The allegations of paragraph 13 are denied for lack of sufficient information to justify a belief therein.

14.

The allegations of paragraph 14 are admitted.

15.

The allegations of paragraph 15 are denied for lack of sufficient information to justify a belief therein.

16.

The allegations of paragraph 16 are admitted.

17.

The allegations of paragraph 17 are denied for lack of sufficient information to justify a belief therein.

18.

The allegation of paragraph 18 required no answer

19.

The allegations of paragraph 19 are denied for lack of sufficient information to justify a belief therein.

**COUNTER CLAIM**

Alfred J. Kreppein, Jr. respectfully represents:

**I.**

In it's complaint, First Colony Life Insurance Company acknowledges that it insured Stephanie B. Kreppein under term life policy 6,294,192.

**II.**

On or about August 2, 2005, First Colony Life Insurance Company was notified that a Petition for Divorce had been filed by Alfred J. Kreppein, Jr. and that the Court had ordered that the beneficiary on the life insurance policy should not be changed.  The Temporary Restraining Order was to continue in effect until a hearing could be held.

**III.**

Despite the restraining order, First Colony Life Insurance Company acknowledges that a policy change form was submitted to them on August 30, 2005, changing the beneficiaries to Ryan Brice Crane and Laural Crane Luquette.

**IV.**

First Colony Life Insurance Company acknowledges being notified by Alfred J. Kreppein, Jr. that Stephanie B. Kreppein died on October 11, 2005.

**V.**

First Colony Life Insurance Company received notification and a certified copy of the Judgment prohibiting the insured from changing the name of the beneficiary.  Despite this notification, the beneficiary was changed by First Colony Life Insurance Company.

**WHEREFORE**, Alfred J. Kreppein, Jr. prays that:

1.  He be awarded all proceeds due under the First Colony Life Insurance Company policy insuring the life of Stephanie B. Kreppein together with interest as provided by law;

2.  That there be judgment in favor of Alfred J. Kreppein, Jr. and against First Colony Life Insurance Company for all damages available under LSA Revised Statute 22:656 *et seq,* as well as other laws of the State of Louisiana;

3.  That the injunctive relief requested by First Colony Life Insurance Company be denied; and

4.  Alfred J. Kreppein, Jr. be entitled to all general and equitable relief.

Respectfully Submitted:

SALLEY & SALLEY
Attorneys at Law
Suite 510
3445 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone (504) 837-5499

BY: _____
SANDRA S. SALLEY, La. Bar No. 18421
LAUREL A. SALLEY, La. Bar No. 25858

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Answer to Complaint for Interpleader has been forwarded to opposing counsel via facsimile on this 30th day of January, 2006.

_____
SANDRA S. SALLEY