FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 18 PM 4: 50

LORETTA G. WHYTE
CLERK



# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FIRST COLONY LIFE INSURANCE COMPANY | * | CIVIL ACTION |
| | * | |
| | * | NO.  05-6849 |
| VERSUS | * | |
| | * | JUDGE ZAINEY |
| ALFRED J.  KREPPEIN, JR., | * | |
| RYAN BRICE CRANE AND | * | MAG (1) SHUSHAN |
| LAUREL CRANE LUQUETTE | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR SUMMARY JUDGMENT OF
## FIRST COLONY LIFE INSURANCE COMPANY

NOW INTO COURT, through undersigned counsel, comes First Colony Life Insurance

Company ("First Colony") and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves

this Court for summary judgment in its favor and against defendants Alfred J. Kreppein, Jr., Ryan

Brice Crane and Laurel Crane Luquette, dismissing, with prejudice, defendants' counter claims

against it, dismissing First Colony from further liability for any benefits payable on account of the

death of Stephanie B. Kreppein, dismissing First Colony as a party to this action, and awarding to

First Colony the attorney fees and costs which it has incurred in prosecuting its Complaint for

Interpleader.  As set forth more fully in the accompanying memorandum in support of this Motion,

there is no genuine issue of material fact and First Colony is entitled to judgment as a matter of law.

\_\_\_\_ Process_____
\_X\_ Dktd _____
\_\_\_\_ CtRmDep_____
\_\_\_\_ Doc. No_____

PREAUS, RODDY & ASSOCIATES, L.L.P.

_____

VIRGINIA N. RODDY, T.A. (11367)
JENNIFER M. LAWRENCE (23829)
MAYRA L. SCHEUERMANN (23190)
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: (504) 523-2111
Telefax: (504) 523-2223

ATTORNEYS FOR FIRST COLONY LIFE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 18th day of September, 2006, I served a copy of

the foregoing pleading on counsel listed below by Federal Express.

Roy H. Maughan, Esq.
Maughan, Maughan &
Lormand, LLC
634 Connell's Park Lane
Baton Rouge, LA 70806

Sandra S. Salley, Esq.
Salley & Salley
Suite 510
3445 N. Causeway Blvd.
Metairie, LA 70002

Fred E. Salley, Esq.
Salley & Associates
P.O. Box 3549
Covington, LA 70434

2