UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FIRST COLONY LIFE INSURANCE COMPANY | * * * | CIVIL ACTION |
| | * | NO. 05-6849 |
| VERSUS | * * | JUDGE ZAINEY |
| ALFRED J. KREPPEIN, JR., RYAN BRICE CRANE AND LAUREL CRANE LUQUETTE | * * * * | MAG (1) SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STATEMENT OF UNCONTESTED MATERIAL FACTS
FILED BY FIRST COLONY LIFE INSURANCE COMPANY**

Plaintiff in Interpleader, First Colony Life Insurance Company ("First Colony"), submits this statement of uncontested material facts in connection with its motion for summary judgment pursuant to Local Rule 56.1.

1. First Colony received an Application for Life Insurance (the "Application") signed by Stephanie B. Kreppein as proposed Insured and Owner.

2. In the Application, Alfred J. Kreppein Jr. was designated Primary Beneficiary, and Ryan Brice Crane and Laurel Ashley Crane were designated as Contingent Beneficiaries.

3. First Colony issued Term Life Policy number 6,294,192 with Stephanie B. Kreppein as Owner and Insured (the "Policy") and a Policy Date of March 25, 2003.

4. On or about August 29, 2005, First Colony received a Policy Change Form - Part 1 which bears the signature of the Owner, Stephanie B. Kreppein.

5. In section 3 of the Policy Change Form, under the heading "Change of Beneficiary," Stephanie B. Kreppein, Owner, revoked all prior beneficiary designations and designated Ryan Brice Crane and Laurel Crane Luquette as the Primary Beneficiaries under the Policy.

6. On August 30, 2005, First Colony wrote to the Owner, Stephanie B. Kreppein, that the Change of Beneficiary had been recorded on its records.

7. On October 11, 2005, Stephanie Kreppein died.

8. Under the terms of the Policy, upon receipt of proof of death, First Colony became obligated to pay the sum of FIVE HUNDRED THOUSAND DOLLARS ($500,000.00) plus applicable interest, to the person who is, or the persons who are, rightfully entitled to the Policy death benefit.

9. First Colony received notice that Ryan Crane and Laurel Crane Luquette were claiming the death benefit under the Policy.

10. First Colony received notice that Alfred J. Kreppein Jr. was claiming the death benefit under the Policy.

11. On or about November 10, 2005, First Colony received a Proof of Loss Claimant's Statement on behalf of Laurel Crane Luquette and Ryan Crane.

12. On or about December 30, 2005, First Colony received a Proof of Loss Claimant's

Statement on behalf of Alfred J. Kreppein.

13. First Colony filed its Complaint for Interpleader on December 27, 2005.

14. On January 3, 2006, the Court entered an Order that the Clerk of Court deposit into the registry of the Court a check representing the Policy death benefit, plus interest.

15. First Colony deposited into the registry of the Court the sum of $503,458.90 which represents the Policy death benefit, plus interest.

Respectfully submitted:

PREAUS, RODDY & ASSOCIATES, L.L.P.

*[signature]*

VIRGINIA N. RODDY, T.A. (11367)
JENNIFER M. LAWRENCE (23829)
MAYRA L. SCHEUERMANN (23190)
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: (504) 523-2111

ATTORNEYS FOR FIRST COLONY LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 18th day of September, 2006, I served a copy of the foregoing pleading on counsel listed below by Federal Express.

Roy H. Maughan, Esq.
Maughan, Maughan & Lormand, LLC
634 Connell's Park Lane
Baton Rouge, LA 70806

Fred E. Salley, Esq.
Salley & Associates
P.O. Box 3549
Covington, LA 70434

Sandra S. Salley, Esq.
Salley & Salley
Suite 510
3445 N. Causeway Blvd.
Metairie, LA 70002