UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FIRST COLONY LIFE INSURANCE COMPANY | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-6849 |
| VERSUS | * | |
| | * | JUDGE ZAINEY |
| ALFRED J. KREPPEIN, JR., RYAN BRICE CRANE AND LAUREL CRANE LUQUETTE | * | MAG (1) SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STATE OF VIRGINIA**

**CITY OF LYNCHBURG**

**AFFIDAVIT OF JOHN PETTIT**

BEFORE ME, the undersigned authority, came and appeared John Pettit, who, having been duly sworn, did depose and say:

1. My name is John Pettit. I am over the age of 21, competent to make this Affidavit and have personal knowledge of the facts stated in this Affidavit.

2. I am a Claims Team Leader for First Colony Life Insurance Company ("First Colony") and am responsible, in part, for reviewing claims for death benefits. I have personal knowledge of First Colony's death claim procedures and guidelines.

3. My personal knowledge, as well as the files and records maintained by First Colony in the ordinary course of business, form the basis of this Affidavit. It is the ordinary course of business for First Colony to maintain records relative to policies issued by First Colony, and claims for benefits under those policies such as the Exhibits attached to this Affidavit, which records are made at the time of the acts, transactions, occurrences and/or events reflected in the records, or within a reasonable time thereafter, by someone with personal knowledge of such acts, transactions, occurrences and/or events.

4. First Colony's records reflect that it received an Application for Life Insurance (the "Application") signed by Stephanie B. Kreppein as proposed Insured and Owner. Attached to this Affidavit under Tab A is a copy of the Application.

5. In the Application, Alfred J. Kreppein, Jr. ("Kreppein") was designated Primary Beneficiary, and Ryan Brice Crane and Laurel Ashley Crane were designated as Contingent Beneficiaries.

6. First Colony issued Term Life Policy number 6,294,192 with Stephanie B. Kreppein as Owner and Insured (the "Policy") and a Policy Date of March 25, 2003. Attached to this Affidavit under Tab B is a copy of the Policy.

7. On or about August 3, 2005, First Colony received a copy of a Petition for Divorce filed on behalf of Kreppein in a matter entitled *Alfred J. Kreppein, Jr. v. Stephanie Boytner Kreppein*, no. 2005-10347 on the docket of the Civil District Court for the Parish of Orleans ("Petition for Divorce). Attached to this Affidavit under Tab C is a copy of the Petition for Divorce.

8. On or about August 29, 2005, First Colony received a letter from attorney Roy H. Maughan, Jr. which states:

> Our office represents Stephanie Kreppein who is the owner of the captioned policy. A divorce proceeding is pending. Copies of relevant pleadings are enclosed. Ms. Kreppein desires to change the beneficiary designation on the policy to name her children as beneficiaries. The executed Change of Beneficiary Form is enclosed. Please process and send me confirmation that this change has been implemented.

Attached to this Affidavit under Tab D is a copy of the letter (with attachment).

9. Attached to Mr. Maughan's letter was a Policy Change Form - Part 1 which bears the signature of the Owner, Stephanie B. Kreppein. *See* Tab D.

10. In section 3 of the Policy Change Form, under the heading "Change of Beneficiary," Stephanie B. Kreppein, Owner, revoked all prior beneficiary designations and designated Ryan Brice Crane ("Crane") and Laurel Crane Luquette ("Luquette") as the Primary Beneficiaries under the Policy.

11. On August 30, 2005, First Colony wrote to the Owner, Stephanie B. Kreppein, that the Change of Beneficiary had been recorded in its records. A copy of the August 30, 2005 letter is attached to this Affidavit under Tab E.

12. On October 13, 2006, First Colony received notice, in a telephone call from Sandra Salley, that Stephanie Kreppein had died.

13. On October 21, 2005, First Colony received a telephone call from Jamie Crane, who identified herself as the Insured's daughter in law, that the Insured had died on October 11, 2005.

14. First Colony received notice that Crane and Luquette were making a claim for the Policy death benefit.

15. First Colony received notice that Kreppein was making a claim for the Policy death benefit.

3

16. On October 24, 2005, First Colony wrote to counsel for defendants Crane and Luquette that "since you indicated you would like to file a claim on behalf of Ryan Crane and Laurel Luquette, I am faxing claim forms to you and mailing originals today as well." A copy of the letter is attached to this Affidavit under Tab F.

17. On October 24, 2005, First Colony also wrote to the attorney for Kreppein that "since you indicated you would like to file a claim on behalf of Alfred Kreppein, I am faxing claim forms to you and mailing originals today as well." A copy of the letter is attached to this Affidavit under Tab G.

18. On November 10, 2005, First Colony received a Proof of Loss Claimant's Statement and a death certificate from counsel for Crane and Luquette. A copy of the Proof of Loss Claimant's Statement and death certificate are attached to this Affidavit under Tab H.

19. On November 18, 2005, First Colony wrote to the attorney for Crane and Luquette acknowledging receipt of the claim forms and death certificate. In that letter, First Colony also stated "we have been notified of a claim on behalf of Alfred Kreppein on this file as well. This information is being reviewed and we will be back in touch with you in the near future concerning this matter." A copy of the letter is attached to this Affidavit under Tab I.

20. On December 30, 2005, First Colony received a Proof of Loss Claimant's Statement and a death certificate from the attorney for Kreppein. A copy of the Proof of Loss Claimant's Statement and death certificate received from the attorney for Kreppein is attached to this Affidavit under Tab J.

21. On January 9, 2006, First Colony wrote to the attorney for Kreppein acknowledging receipt of the claim forms and death certificate. In that letter, First Colony also stated "As you are aware, we have a claim filed on behalf of Laurel Crane and Ryan Crane as well." A copy of the letter is attached to this Affidavit under Tab K.

_____
JOHN PETTIT

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 18 DAY
OF SEPTEMBER, 2006.
_____
NOTARY PUBLIC
My Commission Expires: 8-31-2009