UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FIRST COLONY LIFE INSURANCE COMPANY | * * * | CIVIL ACTION |
| | * | NO. 05-6849 |
| VERSUS | * * | JUDGE ZAINEY |
| ALFRED J. KREPPEIN, JR., RYAN BRICE CRANE AND LAUREL CRANE LUQUETTE | * * * * | MAG (1) SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiff, First Colony Life Insurance Company, through undersigned counsel, will bring on for hearing the attached Motion for Summary Judgment at 9 o'clock a.m. on the 4th day of October, 2006, before The Honorable Jay C. Zainey, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted:

PREAUS, RODDY & ASSOCIATES, L.L.P.

*/s/ Virginia N. Roddy*

VIRGINIA N. RODDY, T.A. (11367)
JENNIFER M. LAWRENCE (23829)
MAYRA L. SCHEUERMANN (23190)
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: (504) 523-2111

ATTORNEYS FOR FIRST COLONY LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 18th day of September, 2006, I served a copy of the foregoing pleading on counsel listed below by Federal Express.

Roy H. Maughan, Esq.
Maughan, Maughan & Lormand, LLC
634 Connell's Park Lane
Baton Rouge, LA 70806

Fred E. Salley, Esq.
Salley & Associates
P.O. Box 3549
Covington, LA 70434

Sandra S. Salley, Esq.
Salley & Salley
Suite 510
3445 N. Causeway Blvd.
Metairie, LA 70002