# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| First Colony Life Insurance Co.<br>Plaintiff | ) <br> ) <br> ) | Civil ACTION <br><br> NO.  CA#05-6849(A)(1) |
| *vs.* | ) <br> ) | <br> JUDGE JAY C. ZAINEY |
| Alfred J. Kreppien, Jr.<br>Inc., *et. al.*, Defendants | ) <br> ) | <br> MAGISTRATE SHUSHAN |

## EX-PARTE MOTION AND ORDER FOR EXPEDITED HEARING ON MOTION TO QUASH AND/OR PROTECTIVE ORDER

Now comes defendant, Alfred J. Kreppein, Jr., and moves for an Order setting an expedited hearing on the attached Motion to Quash untimely deposition set by opposing counsel at 8:00am on 12th October 2006 in Baton Rouge, LA.

Considering the foregoing motion;

**IT IS ORDERED** that Kreppein's motion for expedited hearing is hereby granted, and there will be a telephone hearing on the Motion to Quash with the U.S. Magistrate, Honorable Sally Shushan, at _____ p.m. on 11th October 2006.

     _____
     Sally Shushan, Magistrate

Respectfully submitted,

s//Fred E. Salley

_____
**FRED E. SALLEY (11665)
SALLEY & ASSOCIATES
P.O. Box 3549
Covington, LA  70434
Telephone: (985) 867-8830
Facsimile: (985) 867-8927
Counsel for Defendant:
Alfred J. Kreppien, Jr.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid, or by other means, this 11th October 2006.

**s//Fred E. Salley**

_____
**FRED E. SALLEY, T.A.  (11665)**