FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 OCT 17 AM 11:48
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| First Colony Life Insurance Co.<br>Plaintiff | Civil ACTION |
| vs. | NO. CA#05-6849(A)(1) |
| | JUDGE JAY C. ZAINEY |
| Alfred J. Kreppien, Jr.<br>Inc., et. al., Defendants | MAGISTRATE SHUSHAN |

## EX-PARTE MOTION AND ORDER FOR EXPEDITED HEARING ON MOTION TO QUASH AND/OR PROTECTIVE ORDER

Now comes defendant, Alfred J. Kreppein, Jr., and moves for an Order setting an expedited hearing on the attached Motion to Quash untimely deposition set by opposing counsel at 8:00am on 12th October 2006 in Baton Rouge, LA.

Considering the foregoing motion;

IT IS ORDERED that Kreppein's motion for expedited hearing is hereby granted, and there will be a telephone hearing on the Motion to Quash with the U.S. Magistrate, Honorable Sally Shushan, at _____ p.m. on 11th October 2006. See Minute Entry of October 11, 2006 (Rec. doc 47).

New Orleans, Louisiana, this 17th day of October, 2006

_____
Sally Shushan, Magistrate

___ Fee_____
___ Process_____
X Dktd_____
✓ CtRmDep_____
___ Doc. No_____

Respectfully submitted,

*[signature]*

**FRED E. SALLEY (11665)**
**SALLEY & ASSOCIATES**
**P.O. Box 3549**
**Covington, LA 70434**
**Telephone: (985) 867-8830**
**Facsimile: (985) 867-8927**
**Counsel for Defendant:**
**Alfred J. Kreppien, Jr.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid, or by other means, this 11th October 2006.

*[signature]*

FRED E. SALLEY, T.A. (11665)