**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **FIRST COLONY LIFE INSURANCE COMPANY** | **CIVIL ACTION NO: 05-6849-A-1** |
| **VERSUS** | |
| **ALFRED J. KREPPEIN, JR., RYAN BRICE CRANE AND LAUREL CRANE LUQUETTE** | **MAGISTRATE JUDGE SALLY SHUSHAN** |

## MOTION TO STRIKE

Ryan Brice Crane and Laurel Crane Luquette, respectfully move the Court to strike the Memoranum and Affidavits submitted on behalf of Alfred J. Kreppein, Jr. upon the grounds that the Affidavits contain statements that constitute hearsay, conclusory averments, unfounded self-serving declarations, speculation or conjecture and the Memorandum argues affirmative defenses not plead in Alfred J. Kreppein, Jr.'s Petition.

The Memorandum accompanying this Motion is adopted as if recited fully.

**RESPECTFULLY SUBMITTED:**
**MAUGHAN, MAUGHAN & LORMAND, LLC**

 s/Roy H. Maughan, Jr.
**ROY H. MAUGHAN, JR., #17672**
**634 CONNELLS PARK LANE**
**BATON ROUGE, LOUISIANA 70806**
**TELEPHONE: (225) 926-8533**
**FAX: (225) 926-8556**
*Attorney for Ryan Brice Crane and Laurel Crane Luquette*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the **1st day of March, 2007**, a copy of the above and foregoing has this day been mailed, e-mailed, and/or faxed to all counsel of record.

*s/Roy H. Maughan, Jr.*
**ROY H. MAUGHAN, JR.**