UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FIRST COLONY LIFE INSURANCE COMPANY | * * | CIVIL ACTION |
| | * | NO. 05-6849 |
| VERSUS | * | |
| | * | JUDGE ZAINEY |
| ALFRED J. KREPPEIN, JR., RYAN BRICE CRANE AND LAUREL CRANE LUQUETTE | * * * * | MAG (1) SHUSHAN |

* * * * * * * * * * * * * *

**MEMORANDUM IN REPLY TO DEFENDANTS' OPPOSITIONS
TO FIRST COLONY'S MOTION FOR ATTORNEY'S FEES AND COSTS**

**MAY IT PLEASE THE COURT:**

Plaintiff in Interpleader, First Colony Life Insurance Company ("First Colony"), submits this memorandum in reply to Defendants' respective memoranda in opposition to First Colony's Motion for Attorney's Fees and Costs. At the status conference on January 25, 2007, counsel for defendants conceded that First Colony should be dismissed from this action, and, pursuant to this Court's Order dated January 26, 2007, First Colony's Motion for Summary Judgment was granted "except for the limited issue of determining entitlement to attorney's fees and costs...."

In their respective Oppositions to First Colony's Supplemental Memorandum in support of its claim for attorney's fees and costs[1], defendants raise essentially the same arguments that they made in opposition to First Colony's motion for summary judgment on the merits - defendants argue that attorney fees and costs should not be awarded because First Colony should not have filed a Complaint for Interpleader.[2] Defendants' arguments have no merit. Moreover, inasmuch as defendants conceded that summary judgment should be granted in favor of First Colony, they have waived any arguments as to whether First Colony should have filed a Complaint for Interpleader and deposited funds into the registry of the Court.

Fifth Circuit law supports an award to First Colony of the attorney fees and costs incurred in this matter. *See Rhoades v. Casey*, 196 F.3d 592 (5th Cir. 1999). *See also Perkins State Bank v. Connolly*, 632 F.2d 1306, 1310 (5th Cir. 1980); *Massachusetts Indemnity and Life Ins. Co. v. King*, 700 F. Supp 307 (M.D. La. 1988); *Metropolitan Life Insurance Co. v. Foley*, 2002 W.L. 31399787 (E.D. La. 2002); *Gulf Oil Corp. v. Olivier, 412 F.2d 938, 946* (5th Cir. 1969). An award of attorney's fees and costs is warranted in this case, particularly because the attorney's fees and costs were significantly increased by the actions of defendants.

For the reasons set forth in First Colony's original Memorandum in Support of Motion for Summary Judgment (Rec. no. 25), in its Supplemental Memorandum in Support of Motion for Attorney's Fees and Costs (Rec. no. 60), and in this Reply, First Colony is entitled to summary

---

[1] Defendants' Oppositions were filed one day after the February 22, 2007 deadline imposed by this Court in its January 26, 2007 Order.

[2] Notwithstanding this argument, in his Memorandum in Opposition to Crane and Luquette Motion for Summary Judgment ("Memo") (Rec. no. 63), Kreppein states that First Colony "wisely declined to pay the movers [Crane and Luquette], and filed this interpleader instead." Unnumbered page 5 of Kreppein's Memo.

judgment in its favor and against defendants, Alfred J. Kreppein, Jr., Ryan Brice Crane and Laurel Crane Luquette, awarding to First Colony attorneys' fees and costs.

Respectfully submitted:

PREAUS, RODDY & ASSOCIATES, L.L.P.

  /s/ Virginia N. Roddy
VIRGINIA N. RODDY, T.A. (11367)
JENNIFER M. LAWRENCE (23829)
MAYRA L. SCHEUERMANN (23190)
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: (504) 523-2111

ATTORNEYS FOR FIRST COLONY LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 9th day of March, 2007, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Roy H. Maughan, Esq., counsel of record for Ryan Brice Crane and Laurel Crane Luquette and that we have furnished a copy of the foregoing pleading to Sandra S. Salley, Esq. And Fred E. Salley, Esq., counsel of record for Alfred J. Kreppein, Jr., by U. S. Mail.

  /s/ Virginia N. Roddy
VIRGINIA N. RODDY (11367)
JENNIFER M. LAWRENCE (23829)
MAYRA L. SCHEUERMANN (23190)
PREAUS, RODDY AND ASSOCIATES, LLP
650 Poydras St., Suite 1650
New Orleans, LA 70130
Telephone: (504) 523-2111
Fax: (504) 523-2223
 Vroddy@preausroddylaw.com