UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA
2007 APR 25 AM 11:43
LORETTA G. WHYTE
CLERK

FIRST COLONY LIFE INSURANCE COMPANY,
    Plaintiff

CIVIL ACTION NO: 05-6849-A-1

VERSUS

JUDGE JAY C. ZAINEY

ALFRED J. KREPPEIN, JR., RYAN BRICE CRANE AND LAURAL CRANE LUQUETTE,
    Defendants

MAGISTRATE SHUSHAN

## MOTION TO AMEND

Now comes Alfred J. Kreppien, Jr., defendant herein, and moves, for the reasons more fully set forth in the accompanying memorandum, for an order permitting his proposed First Amended Answer.

Respectfully submitted,

_____
Sandra S. Salley, Esq. (18421)
Counsel for Defendant:
Alfred J. Kreppien, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid this 25th, April 2007.

_____
Sandra S. Salley (18421)

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No