UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FIRST COLONY LIFE INSURANCE COMPANY,<br>Plaintiff | CIVIL ACTION NO: 05-6849-A-1 |
| VERSUS | JUDGE JAY C. ZAINEY |
| ALFRED J. KREPPEIN, JR., RYAN BRICE CRANE AND LAURAL CRANE LUQUETTE,<br>Defendants | MAGISTRATE SHUSHAN |

## MEMORANDUM IN SUPPORT OF MOTION TO AMEND

Now comes defendant in interpleader, Alfred J. Kreppein, Jr., and in order to 1) present possible affirmative defenses against the competing claimants to the First Colony policy; and 2) to consolidate currently existing related causes of action against the co-defendants and certain third-parties deemed to be indispensable parties to the litigation; and to 3) state his various causes of action arising out of the same set of circumstances, and 4) clearly asserts his challenge to the mental compentency of Stephanie Kreppein to change insurance beneficiary, seeks leave to file his First Amended Answer which details the related causes of action in detail, and likewise raises his federal question remedy which arises under the remedial laws and statues of the United States, i.e., 42 U.S.C. Sec 1983.

Kreppein also relies upon this Court's Order and Reasons denying co-defendants' motion for summary judgment signed 10th May 2007, which contemplates the filing of an amended pleading on Kreppein's behalf.

Kreppein prays that this First Amended Answer be allowed, so that the existing issues among these parties may be litigated in one trial.

Respectfully submitted,

Sandra S. Salley, Esq. CC8421
Counsel for Defendant:
Alfred J. Kreppein, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid this 25th April 2007.

*Sandra S. Salley* 
Sandra S. Salley (18421)