UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FIRST COLONY LIFE INSURANCE COMPANY,<br>    Plaintiff | CIVIL ACTION NO: 05-6849-A-1 |
| VERSUS | JUDGE JAY C. ZAINEY |
| ALFRED J. KREPPEIN, JR., RYAN BRICE CRANE AND LAURAL CRANE LUQUETTE,<br>    Defendants | MAGISTRATE SHUSHAN |

## ORDER GRANTING LEAVE TO AMEND

The Motion Alred J. Kreppein, Jr. to file his First Amended Answer, came on for hearing before this Court, and the Court having reviewed the motion, the arguments, and the relevant legal authorities, is of the opinion that the motion of Alfred J. Kreppien, Jr., must be and is hereby granted.

**IT IS ORDERED** that the Motion to file First Amended Answer, is hereby granted, and Alfred J. Kreppein, Jr. is given leave to file.

THUS DONE AND SIGNED IN OPEN COURT, this ____ day of April, 2007.

_____
Jay C. Zainey, Judge
United States District Court

Respectfully submitted,

*Sandra S. Salley*
Sandra S. Salley, Esq. (18421)
Counsel for Defendant:
Alfred J. Kreppien, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid this 25th April 2007.

*Sandra S. Salley*
Sandra S. Salley (18421)