UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FIRST COLONY LIFE INSURANCE COMPANY,<br>　　Plaintiff | CIVIL ACTION NO: 05-6849-A-1 |
| VERSUS | JUDGE JAY C. ZAINEY |
| ALFRED J. KREPPEIN, JR., RYAN BRICE CRANE AND LAURAL CRANE LUQUETTE,<br>　　Defendants | MAGISTRATE SHUSHAN |

To:

Virginia Roddy, T.A.
650 Poydras Street
New Orleans, La 70130
Attorney for First Colony

And

James Maughan, T.A.
Maughan, Maughan, & Lormand, LLC
634 Connell's Park Lane
Baton Rouge, LA 70806
Attorney for Ryan Brice Crane and Laurel Crane Luquettte

### NOTICE OF HEARING ON MOTION

Please take notice that the Motion for Leave to File First Amended Answer filed on behalf of Alfred J. Kreppien, Jr., will be heard before ~~Judge Jay C. Zainey, in Section A~~ *Mag. Judge Shushan* of the United States District Court for the Eastern District of Louisiana at New Orleans, LA on the 16th day of May, 2007 at 9:00am at which time and place you are invited to attend and participate as you may deem advisable.

Respectfully submitted,

*Sandra S. Salley*
Sandra S. Salley, Esq. (18421)
Counsel for Defendant:
Alfred J. Kreppien, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid this 25th April 2007.

*Sandra S. Salley*
Sandra S. Salley (18421)