# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**FIRST COLONY LIFE INSURANCE CO.**

**VERSUS**            **CIVIL ACTION NO: 05-6849-A-1**

**ALFRED J. KREPPEIN, JR., RYAN BRICE CRANE AND LAUREL CRANE LUQUETTE**

---

## EX PARTE MOTION FOR LEAVE TO FILE MEMORANDUM IN REPLY TO ALFRED KREPPEIN'S MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

---

**NOW INTO COURT**, through undersigned counsel, come Ryan Brice Crane ("Crane"), Laurel Crane Luquette ("Luquette"), Bonnie Boyter ("Boyter"), and Roy H. Maughan, Jr. ("Maughan"), all of whom are sought to be joined as Defendants in the captioned matter, reserving any appearance, except as expressly made herein, and, upon representing to the Court, that, on May 11, 2007, Alfred J. Kreppein, Jr. filed a Motion for Summary Judgment and a Memorandum in Support of Motion for Summary Judgment; that, in order to address the arguments made in Alfred J. Kreppein, Jr.'s Motion and Memorandum, Crane, Luquette, Boyter, and Maughan respectfully move this Court for an Order allowing them to file into the record the Memorandum in Reply

to Alfred Kreppein's Memorandum in Support of Motion for Summary Judgment known as Document 83.

**RESPECTFULLY SUBMITTED:**

**MAUGHAN, MAUGHAN & LORMAND, LLC**

*s/Roy H. Maughan, Jr.*
**ROY H. MAUGHAN, JR., #17672
634 CONNELLS PARK LANE
BATON ROUGE, LOUISIANA 70806
TELEPHONE: (225) 926-8533
FAX: (225) 926-8556**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 23rd day of May, 2007, a copy of the above and foregoing pleading has this day been mailed, emailed, and/or faxed to all counsel of record.

*s/Roy H. Maughan, Jr.*
**ROY H. MAUGHAN, JR.**